UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-10610
_____

ROLAND W. BARKHOLTZ,

Plaintiff-Appellant,

v.

BELL HELICOPTER TEXTRON, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth
4:99-CV-284-Y
_____

February 14, 2001

Before HILL[*], JOLLY and BENAVIDES, Circuit Judges.

PER CURIAM:[**]

AFFIRMED.  See 5th Circuit Rule 47.6.

_____

[*] Circuit Judge of the Eleventh Circuit, sitting by
designation.

[**] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.